

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

August 12, 1966

OVERRULED BY JM-398

Honorable Charles A. Allen          Opinion No. C-739
Criminal District Attorney
Harrison County Courthouse          Re: Reimbursement by Harrison
Marshall, Texas                          County to county jail in-
                                         mates whose money and val-
                                         uables were taken by es-
Dear Mr. Allen:                          caping prisoners.

        In an opinion request of this office you pose the
following question:

> "On the 27th day of May, 1966 three (3)
> prisoners sawed their way out of con-
> finement in the jail of Harrison County,
> Texas; pulled a knife on the jailer and
> took in excess of $400.00 cash and other
> valuables belonging to prisoners who
> were then confined in the County Jail.
> Can Harrison County legally reimburse
> the people whose money and valuables
> were taken by the escapees?"

        We answer your question in the negative. The expen-
diture of public funds by a county commissioner's court may
be made only if it is authorized by the Constitution or
statutes of the State of Texas. De Mary v. Jefferson County,
179 S.W. 2d 584 (Tex. Civ. App. 1944, error ref.); Canales
V. Laughlin, 214 S.W. 2d, 451 (Tex. Sup. 1948); Harrison
County v. City of Marshall, 253 S.W. 2d 67 (Tex. Civ.
App. 1952, error ref.) We find no authorization for a
county to reimburse prisoners of the County Jail for cash
and/or other valuables belonging to said prisoners which
was taken from the County Jail by escaping prisoners.

### S U M M A R Y

        Harrison County may not legally reimburse inmates
        of the County Jail for money and/or other valuables
        belonging to them, taken from the custody of the
        Sheriff by escaping prisoners.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By **SAM KELLEY**
Assistant Attorney General

SK/lh

APPROVED

OPINION COMMITTEE

W. V. Geppert, Chairman
Malcolm Quick
Wade Anderson
Lonny Zwiener
Douglas Chilton

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. WRIGHT